IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SUNNY CORRAL MANAGEMENT, §
LLC, ET AL. §
§
Plaintiffs, §
§
VS. § NO. 3-08-CV-1104-M
§
ZURICH AMERICAN INSURANCE §
COMPANY, ET AL. §
§
Defendants. §

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the

Findings and Recommendation of the United States Magistrate Judge dated January 12, 2009, the

Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are

accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United

States Magistrate Judge are accepted.  Defendants' motion for judgment on the pleadings [Doc. #18]

is denied.

**SO ORDERED** this 24th day of February, 2009.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS