IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUNNY CORRAL MANAGEMENT, LLC, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § | 3:08-CV-1104-M |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL., | § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On March 31, 2010, United States Magistrate Judge Jeff Kaplan made Findings and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings and Recommendation for plain error. Finding none, the Court accepts the Findings and Recommendation of the United States Magistrate Judge.

IT IS, THEREFORE, ORDERED that the Findings and Recommendation of the United States Magistrate Judge are accepted. Defendants are entitled to judgment as a matter of law as to all claims and causes of action brought against them in this lawsuit.

SO ORDERED this 11th day of May, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS